UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BUILDERS BANK,

               Plaintiff,

-against-

THE HIGHLINE PARK, LLC, et al,

               Defendants.

------------------------------------x

ORDER

12 Civ. 2054 (GBD) (JCF)

GEORGE B. DANIELS, United States District Judge:

The oral argument on Plaintiff's Motion for Summary Judgment originally scheduled for January 29, 2013 at 10:30 A.M. is cancelled.

Dated: New York, New York
       January 9, 2013

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge